# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

February 11, 2014

Lyle W. Cayce
Clerk

_____

13-10176

_____

In the Matter of:   CRUSADER ENERGY GROUP, INCORPORATED,

Debtor

-----------------------------------------------------------------------

EARTHWISE ENERGY, INCORPORATED,

Appellant

v.

CRUSADER ENERGY GROUP, INCORPORATED,

Appellee

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:12-CV-00107-F

_____

Before JOLLY, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Earthwise Energy appeals the district court's grant of summary judgment for Crusader Energy Group in this title dispute over oil and gas

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10176

leases in north Texas. Earthwise Energy contends the court erred in concluding that the assignment from Gulftex Operating, Inc. to Earthwise of certain interests in oil and gas leases did not include the disputed interests Gulftex had formerly conveyed to Crusader Energy Group.

Our review of a grant of summary judgment is *de novo*. *Greenwood 950, L.L.C. v. Chesapeake Louisiana, L.P.*, 683 F.3d 666, 668 (5th Cir. 2012). We also conduct *de novo* review of the district court's interpretation of a contract and its determination of whether a contract is ambiguous. *Id.* The parties are familiar with the facts of this case. We have considered the district court's decision, the briefing, and the oral arguments. For the reasons expressed by the district court in its thorough and well-reasoned opinion, we AFFIRM.